JOSEPH J. LUNGHINO, Appellant, v. GEORGE F. RAND and Others, Respondents. — Motion for a reargument denied, with ten dollars costs; motion for leave to

appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.